UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN KYRISS,<br><br>Plaintiff,<br><br>vs.<br><br>CAPTAIN LUKE, Yankton County Jail / Sheriff, official capacity; and SHERIFF CRISSEY, Yankton County Sheriff, official capacity,<br><br>Defendants. | 4:26-CV-04204-RAL<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR MOVE FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff Bryan Kyriss, an inmate at the Sioux Falls Minimum Center, filed a pro se prisoner civil rights lawsuit. Doc. 1. Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). Currently, Kyriss has not moved for in forma pauperis status or paid the full filing fee. Therefore, Kyriss must pay the full filing fee or file a motion for leave to proceed in forma pauperis by **December 9, 2026**. Kyriss must also provide the Court with a certified prisoner trust account report and supporting ledger sheets if he moves for in forma pauperis status.

Additionally, Kyriss did not sign his complaint. Doc. 1 at 11. Federal Rule of Civil Procedure 11(a) requires that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Therefore, if Kyriss wishes to proceed, he must provide the Court with a signed complaint.

Accordingly, it is

ORDERED that the Clerk of Court send Kyriss a blank Motion to Proceed Without Prepayment of Fees and Declaration form and a blank Prisoner Trust Account Report form. It is further

ORDERED that Kyriss pay the full filing fee of $405.00 or move for leave to proceed in forma pauperis and submit a certified prisoner trust account report by **December 9, 2026**. It is further

ORDERED that Kyriss must provide the Court with a signed complaint by **December 9, 2026**. It is finally

ORDERED that failure to comply with this order will result in the dismissal of Kyriss's complaint without prejudice for failure to prosecute.

DATED November 9th, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE